Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMARDEEP SEMBHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JUNO THERAPEUTICS, INC., HAL BARRON, HANS BISHOP, THOMAS DANIEL, ANTHONY EVNIN, JAY FLATLEY, RICHARD KLAUSNER, ROBERT NELSEN, HOWARD PIEN, RUPERT VESSEY, MARY AGNES WILDEROTTER, CELGENE CORPORATION, and BLUE MAGPIE CORPORATION<br><br>Defendants. | Case No. 2:18-00229<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff in the above captioned action dismisses this litigation with prejudice as to the named plaintiff only. Dismissal pursuant to Rule 41(a) is proper because no class is certified. For the avoidance of doubt, this dismissal is without prejudice to any putative class members. No monetary compensation in any form has passed directly or indirectly to the named plaintiff or his attorneys, and no promise or agreement to give any such compensation has been made, in exchange for this dismissal.

///
///

NOTICE OF DISMISSAL - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

| | | |
|---|---|---|
| Dated: February 26, 2018 | | **BRESKIN JOHNSON & TOWNSEND PLLC** |
| | By: | s/ Roger Townsend |
| | | Roger Townsend, WSBA # 25525 |
| | | 1000 Second Avenue, Suite 3670 |
| | | Seattle, Washington 98104 |
| | | 206-652-8660 Phone |
| | | 206-652-8290 Fax |
| | | rtownsend@bjtlegal.com |

**OF COUNSEL**

s/ Evan Smith
Evan J. Smith, Esquire
s/ Marc Ackerman
Marc L. Ackerman, Esquire
**BRODSKY & SMITH, LLC**
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
Phone: (610) 667-6200
Facsimile: (610) 667-9029
esmith@brodskysmith.com
mackerman@brodskysmith.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Jamie Telegin<br>
Jamie Telegin, Legal Assistant