<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMARDEEP SEMBHI, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JUNO THERAPEUTICS, INC., *et al.*,<br><br>Defendants. | CASE NO. C18-0229-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of voluntary dismissal (Dkt. No. 9). Pursuant to Federal Rule of Civil Procedure 41(a), no order is needed to give effect to this dismissal. The Clerk is DIRECTED to close this case.

DATED this 27th day of February 2018.

<div style="margin-left: 50%">
William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk
</div>